PEOPLE, Respondent, v. RAPPA, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Proceeding by the People of the State of New York against Marie Rappa. No opinion. Judgment

of conviction of the County Court of Kings County reversed, and a new trial ordered, upon the authority of People v. Pettanza, 207 N. Y. 560, 101 N. E. 428, decided March 14, 1913.